

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00655-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR.**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

On January 4, 2017, appellant was ordered to show cause in writing no later than January 23, 2017, why this appeal should not be dismissed for want of jurisdiction. Our order stated, "All deadlines in this matter are suspended until further order of this court."

Appellant has filed a motion for extension of time to file his brief. No deadline has been set for the filing of appellant's brief pending appellant's response to this court's prior order and this court's determination that we have jurisdiction over this appeal. *See* TEX. GOV'T CODE ANN. § 25.00256(d) (West 2016) ("The denial of a tertiary recusal motion is only reviewable on appeal from final judgment."). It is therefore ORDERED that appellant's motion for extension of time is MOOT.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.



_____
Keith E. Hottle